IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ADAM NUNEZ,

      Petitioner,

vs.                            CASE NO.: 5:04cv31-SPM/AK

WARDEN MONICA WETZEL &
UNITED STATES OF AMERICA,

      Respondents.
_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 9) dated September 26, 2005. Petitioner has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference in this order.

2.     The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is

denied.

DONE AND ORDERED this 7th day of November, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge